**91-500.** State, ex rel. Blassengale, v. Overberg. In Prohibition. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-505.** Oden v. McMackin. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-579.** State v. Rust. *Clark County,* No. 2771. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-590.** Thomas D. Reynolds & Assoc., Inc. v. Feeks. *Hamilton County,* No. C-890695. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Sweeney, Holmes, Wright and Resnick, JJ., concur.

Moyer, C.J., Douglas and H. Brown, JJ., dissent.

**86-1931.** General Mills, Inc. v. Limbach. Board of Tax Appeals, No. 83-G-398. On motion for protective order. Motion granted.

**90-551.** State, ex rel. Casey Outdoor Advertising, v. Ohio Dept. of Transp. *Franklin County,* No. 88AP-1045. On request for oral argument. Request denied.

**90-657.** State, ex rel. Murray, v. Indus. Comm. *Franklin County,* No. 89AP-3. On request for oral argument. Request denied.

**90-727.** State, ex rel. American Seaway Foods, Inc., v. Indus. Comm. *Franklin County,* No. 87AP-1214. On motion to consolidate with 90-1534, *State, ex rel. Hoover, Co.,* v. *Mayfield,* Franklin County No. 87AP-732. Motion granted.

On request for oral argument. Request denied.

Moyer, C.J., dissents.